```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 45932
    CRAIG T MIDDLETON
    CRISTINA ANN MIDDLETON                      CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-3057    SSN XXX-XX-3598

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/07/05 and confirmed on 02/09/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  13440.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MOREQUITY INC | CURRENT MORTG | .00 | .00 | .00 |
| MOREQUITY INC | MORTGAGE ARRE | 373.74 | .00 | 373.74 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9199.28 | .00 | 1633.28 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 483.54 | .00 | 85.85 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 35504.45 | .00 | 6303.61 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11139.03 | .00 | 1977.67 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8683.43 | .00 | 1541.69 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 373.74 | .00 | 65009.73 | .00 | 65383.47 |
| PRINCIPAL PAID | 373.74 | .00 | 11542.10 | .00 | 11915.84 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 373.74 | .00 | 11542.10 | .00 | 11915.84 |

```
The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   2200.00
and was paid $   1306.00   direct and $    894.00   through the plan.

The Trustee received $    630.16 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/08/08                        /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 45932 CRAIG T MIDDLETON & CRISTINA ANN MIDDLETON